United States District Court
Southern District of Texas
**ENTERED**
August 13, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
Houston Division

| | |
|---|---|
| DRAKE PLASTICS LTD. CO., *et al.*, | ) |
| Plaintiffs, | ) Case No. 4:25-cv-2570 |
| v. | ) Judge Lee H. Rosenthal |
| INTERNAL REVENUE SERVICE, *et al.*, | ) |
| Defendants. | ) |

## ORDER

The defendants filed a motion for extension of time to file an answer or other responsive pleading. (Docket Entry No. 15). The defendants have until October 17, 2025, to file an answer or other response.

The Initial Conference is reset to November 21, 2025, at 9:30 a.m., by Zoom. The Zoom link will be posted on the court's website.

Signed on August 13, 2025, at Houston, Texas.

Hon. Lee H. Rosenthal
Senior United States District Judge

1