UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Drake Plastics Ltd. Co.; Drake Insurance Co.; and Strategic Risk Alternatives, LLC d/b/a SRA 831(b) Admin,<br><br>*Plaintiffs,*<br><br>v.<br><br>Internal Revenue Service; the Hon. Michael Faulkender, Acting Commissioner of the Internal Revenue Service, in his official capacity; Department of the Treasury; and Scott Bessent, Secretary of the Treasury, in his official capacity,<br><br>*Defendants.* | Civil Action No. 4:25-cv-02570 |

PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65 and Local Civil Rule 7.1, and for the reasons set forth in the accompanying Memorandum Of Law In Support Of Motion For Preliminary Injunction, Plaintiffs respectfully request that this Court issue a preliminary injunction enjoining Defendants from enforcing the final rule entitled *Micro-Captive Listed Transactions and Micro-Captive Transactions of Interest*, 90 Fed. Reg. 3,534 (Jan. 14, 2025), against Plaintiffs, their clients, and their affiliates until this Court enters a final judgment on the merits.

[SIGNATURE ON NEXT PAGE]

Respectfully submitted,

BY: */s/Chris Verducci*

Chris Verducci (Attorney in Charge)
TROUTMAN PEPPER LOCKE LLP
State Bar No. 24051470
Southern District No. 639289
chris.verducci@troutman.com
600 Travis Street, Suite 2800
Houston, Texas 77002
(713) 226-1200 (Telephone)
(713) 223-3717 (Fax)

**Of Counsel:**

Misha Tseytlin (pro hac vice admitted)
TROUTMAN PEPPER LOCKE LLP
111 S. Wacker Dr.
Suite 4100
Chicago, IL 60606
(608) 999-1240
(312) 759-1939 (fax)
misha.tseytlin@troutman.com

David B. Dove (pro hac vice admitted)
TROUTMAN PEPPER LOCKE LLP
600 Peachtree Street, N.E.
Suite 3000
Atlanta, GA 30308
(404) 885-3680
(404) 885-3900 (fax)
david.dove@troutman.com

*Attorneys for Plaintiffs*

Dated:  August 14, 2025

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(D), I hereby certify that counsel for Plaintiffs conferred with counsel for Defendants on August 13, 2025 concerning this Motion, and counsel cannot agree about the disposition of the Motion.

*/s/ Chris Verducci*
CHRIS VERDUCCI
State Bar No. 24051470

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of August, 2025, a true and accurate copy of the foregoing was served via the Court's CM/ECF system upon all counsel of record.

*/s/ Chris Verducci*
CHRIS VERDUCCI
State Bar No. 24051470
