UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Drake Plastics Ltd. Co.; Drake Insurance Co.; and Strategic Risk Alternatives, LLC d/b/a SRA 831(b) Admin,<br><br>*Plaintiffs,*<br><br>v.<br><br>Internal Revenue Service; the Hon. Michael Faulkender, Acting Commissioner of the Internal Revenue Service, in his official capacity; Department of the Treasury; and Scott Bessent, Secretary of the Treasury, in his official capacity,<br><br>*Defendants.* | Civil Action No. 4:25-cv-02570 |

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR A
PRELIMINARY INJUNCTION

Before the Court is the Motion for Preliminary Injunction (the "Motion") filed by Plaintiffs Strategic Risk Alternatives, LLC d/b/a SRA 831(b) Admin, Drake Plastics Ltd. Co., and Drake Insurance Co. (collectively, "Plaintiffs"). The Court finds that Plaintiffs are likely to succeed on the merits of their claims and that, if the Motion is not granted, Plaintiffs, their clients, and their affiliates will be irreparably harmed by Defendants' implementation of the final rule (the "Final Rule") entitled *Micro-Captive Listed Transactions and Micro-Captive Transactions of Interest*, 90 Fed. Reg. 3,534 (Jan. 14, 2025), because the Final Rule is in "excess of statutory jurisdiction, authority, or limitations, or short of statutory right," 5 U.S.C.

- 2 -

§ 706(2)(C), and "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law," *id.* § 706(2)(A).  The Court further finds that the balance of the equities favors a preliminary injunction.  Accordingly, it is hereby

ORDERED that the Motion is GRANTED; it is further

ORDERED that Defendants are hereby preliminarily enjoined from enforcing the Final Rule in any respect against Plaintiffs, their clients, and their affiliates pending a trial on the merits of this action, or until further order of this Court; it is further

ORDERED that Defendants shall immediately cease all implementation as to Final Rule against Plaintiffs, their clients, and their affiliates; it is further

ORDERED that all deadlines for Plaintiffs, their clients, and their affiliates to comply with the requirements of the Final Rule are hereby stayed until a decision on the merits of this action; it is further

ORDERED that no security bond shall be required under Federal Rule of Civil Procedure 65(c).

This is the _____ day of August, 2025.

_____

Lee H. Rosenthal
United States District Judge