IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
Houston Division

| | |
|---|---|
| DRAKE PLASTICS LTD. CO., *et al.*, | ) |
| Plaintiffs, | ) Case No. 4:25-cv-2570 |
| v. | ) Judge Lee H. Rosenthal |
| INTERNAL REVENUE SERVICE, *et al.*, | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR 7-DAY CONTINUANCE OF HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs filed a motion for preliminary injunction, D.E. 17, to which Defendants will respond by September 5, 2025, D.E. 18. The Court set a hearing on Plaintiffs' motion for preliminary injunction for September 26, 2025, at 10:00 a.m., by Zoom. Defendants request a 7-day continuance of the hearing to October 3, 2025 (or a subsequent date, as the Court's schedule permits). Plaintiffs' counsel has indicated that this request will be opposed.

Good cause exists to continue the hearing because lead counsel for Defendants, Moira Goodwin, is already enrolled in the two-week Basic Civil Trial Advocacy Seminar at the National Advocacy Center ("NAC") from September 16 through September 25, with travel home booked for September 26, 2025 (flight departing at 10:42 A.M. Eastern). The intensive two-week course culminates in a two-day mock trial at its conclusion, thus early departures are prohibited.

Defendants request at least a 7-day continuance to allow undersigned counsel adequate time to prepare for the hearing. Undersigned counsel will be unable to prepare before the NAC due to the press of other business, including the opposition to preliminary injunction due in this case on September 5, 2025, the oral argument on a dispositive motion scheduled for September

1

11, 2025 in *Doe v. Internal Revenue Service*, 3:24-cv-19 (M.D. Tenn.) (non-speaking role), and the cross-motion for summary judgment due on September 15, 2025 in *CIC Services, LLC v. Internal Revenue Service*, 3:25-cv-146 (E.D. Tenn.).

Understanding that Plaintiffs' counsel opposes this request and that both attorneys (and the Court) have busy schedules and competing demands for their time, Defendants offer these additional grounds as good cause for the relief sought: Attorney Goodwin is in her fourth year of practice and has had limited in-court opportunities. While the Justice Department has more experienced attorneys that could likely cover this hearing if necessary, this would be Attorney Goodwin's first oral argument, and the Justice Department shares the Court's commitment to providing speaking opportunities to young attorneys when possible. *Cf.* Rosenthal Procedures at 12 ¶ 16.B. A brief continuance will allow the attorney principally responsible for the case to present the oral argument, without prejudicing Plaintiffs with undue delay.

Accordingly, the Internal Revenue Service requests that the Court continue the hearing on Plaintiffs' motion for preliminary injunction by 7 days, or until October 3, 2025.

Dated: August 21, 2025

*/s/ Moira E. Goodwin*
MOIRA E. GOODWIN (attorney-in-charge)
DC Bar No. 1780293
S.D. Tex. No. 3924157
ADAM S. DOMITZ (of counsel)
NY Bar No. 6213896
S.D. Tex. No. 3926145
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
202-718-7056 (phone)
202-514-6866 (fax)
moira.e.goodwin@usdoj.gov
adam.s.domitz@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 21st day of August, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered to receive it.

                                      */s/ Moira E. Goodwin*
                                      MOIRA E. GOODWIN
                                      Trial Attorney
                                      United States Department of Justice, Tax Division