IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
Houston Division

| | |
|---|---|
| DRAKE PLASTICS LTD. CO., *et al.*, | ) |
| Plaintiffs, | ) Case No. 4:25-cv-2570 |
| | ) Judge Lee H. Rosenthal |
| v. | ) |
| INTERNAL REVENUE SERVICE, *et al.*, | ) |
| Defendants. | ) |

**ORDER**

The Court set a hearing on the plaintiffs' motion for preliminary injunction for September 26, 2025, at 10:00 a.m., by Zoom. (Docket Entry No. 18). On the defendants' motion, considering any response thereto, and for good cause shown, the Court grants the defendants' motion to continue the hearing on the plaintiffs' motion for preliminary injunction for 7 days.

The hearing is continued to _____, at _____ (Central) via Zoom.

Signed on _____, 2025, at Houston, Texas.

_____
Hon. Lee H. Rosenthal
Senior United States District Judge