UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Drake Plastics Ltd. Co.; Drake Insurance Co.; and Strategic Risk Alternatives, LLC d/b/a SRA 831(b) Admin,<br><br>*Plaintiffs,*<br><br>v.<br><br>Internal Revenue Service; the Hon. Michael Faulkender, Acting Commissioner of the Internal Revenue Service, in his official capacity; Department of the Treasury; and Scott Bessent, Secretary of the Treasury, in his official capacity,<br><br>*Defendants.* | Civil Action No. 4:25-cv-02570 |

## PLAINTIFFS' RESPONSE IN OPPOSITION TO
## MOTION FOR CONTINUANCE

Plaintiffs Drake Plastics Ltd. Co., Drake Insurance Co., and Strategic Risk Alternatives, LLC d/b/a SRA 831(b) Admin (collectively, "Plaintiffs") oppose Defendants' Motion for a Seven-Day Continuance (the "Motion") of the hearing on Plaintiffs' Motion for Preliminary Injunction. In communicating with Plaintiffs concerning the proposed continuance, counsel for Defendants represented that she would be at the National Advocacy Center ("NAC") training from September 16 through September 26. *See* Ex. A. But as the Motion makes clear, Ms. Goodwin's NAC training ends on September 25, the day before this Court's hearing on Plaintiffs'

Motion for Preliminary Injunction.  Defendants provide no sufficient reason for delaying the hearing until October 3, 2025, especially when: (1) Plaintiffs stand to suffer irreparable harm each day that the Final Rule remains in effect, *see* Dkt.17-1 at 21–24; Dkt.17-2, and (2) the only alleged conflict here is a two-week training that will already be over by the time of the scheduled hearing (and, in any event, a training does not present the type of conflict for which continuances are typically granted).

If this Court is nevertheless inclined to grant a continuance in view of the NAC training, it should in no case delay this argument after October 3, 2025.  Not only is Plaintiffs' injunctive request time-sensitive, but counsel for Plaintiffs who will argue the preliminary injunction motion—Misha Tseytlin—has significant professional obligations in mid-October, including oral argument before the New York State Court of Appeals on October 14 in a complicated, high-stakes case addressing the facial constitutionality of the New York Voting Rights Act.

                                          Respectfully submitted,

                                    BY: */s/Chris Verducci*

                                          Chris Verducci (Attorney in Charge)
                                          TROUTMAN PEPPER LOCKE LLP
                                          State Bar No. 24051470
                                          Southern District No. 639289
                                          chris.verducci@troutman.com
                                          600 Travis Street, Suite 2800
                                          Houston, Texas 77002
                                          (713) 226-1200 (Telephone)
                                          (713) 223-3717 (Fax)

**Of Counsel:**

Misha Tseytlin (pro hac vice admitted)
TROUTMAN PEPPER LOCKE LLP
111 S. Wacker Dr.
Suite 4100
Chicago, IL 60606
(608) 999-1240
(312) 759-1939 (fax)
misha.tseytlin@troutman.com

David B. Dove (pro hac vice admitted)
TROUTMAN PEPPER LOCKE LLP
600 Peachtree Street, N.E.
Suite 3000
Atlanta, GA 30308
(404) 885-3680
(404) 885-3900 (fax)
david.dove@troutman.com

*Attorneys for Plaintiffs*


Dated: August 22, 2025

CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of August, 2025, a true and accurate copy of the foregoing was served via the Court's CM/ECF system upon all counsel of record.

*/s/ Chris Verducci*
CHRIS VERDUCCI
State Bar No. 24051470