# Exhibit A

| From: | Goodwin, Moira E. (TAX) <Moira.E.Goodwin@usdoj.gov> |
|---|---|
| Sent: | Thursday, August 21, 2025 2:32 PM |
| To: | Tseytlin, Misha; Dove, David B.; Verducci, Chris; matthew@thequeenfirm.com |
| Cc: | Domitz, Adam S (TAX) |
| Subject: | RE: Drake Plastics, 4:25-cv-2570, Seeking consent to brief continuance of M for PI hearing |

CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Misha,

I have been directed to file the motion to continue for 7 days. I will note your opposition.

Best,
Moira

MOIRA E. GOODWIN
Trial Attorney, U.S. Department of Justice
Moira.E.Goodwin@usdoj.gov
(202) 718-7056

---

**From:** Tseytlin, Misha <Misha.Tseytlin@troutman.com>
**Sent:** Monday, August 18, 2025 3:12 PM
**To:** Goodwin, Moira E. (TAX) <Moira.E.Goodwin@usdoj.gov>; Dove, David B. <David.Dove@troutman.com>; Verducci, Chris <Chris.Verducci@troutman.com>; matthew@thequeenfirm.com
**Cc:** Domitz, Adam S (TAX) <Adam.S.Domitz@usdoj.gov>
**Subject:** [EXTERNAL] RE: Drake Plastics, 4:25-cv-2570, Seeking consent to brief continuance of M for PI hearing

Moira,

I'm not trying to be difficult, but I'm not understanding why you are not able to just make the hearing on the scheduled date. You gave a full 10-day range for the DOJ training session, and this is on the very back end of that. Is there a reason that you cannot leave a day early to take part in a court-order PI hearing? The Court has this time open and set argument that date given the time-sensitive nature of our request. I don't think we should approach the Court to rearrange its schedule unless it is absolutely necessary (such as another court hearing that was already scheduled or important family issue or something like that).

Best,

**Misha Tseytlin**
Partner
**troutman pepper locke**
Direct: 312.759.5947 | Mobile: 608.999.1240
misha.tseytlin@troutman.com

**From:** Goodwin, Moira E. (TAX) <Moira.E.Goodwin@usdoj.gov>
**Sent:** Monday, August 18, 2025 2:06 PM
**To:** Tseytlin, Misha <Misha.Tseytlin@troutman.com>; Dove, David B. <David.Dove@troutman.com>; Verducci, Chris <Chris.Verducci@troutman.com>; matthew@thequeenfirm.com
**Cc:** Domitz, Adam S (TAX) <Adam.S.Domitz@usdoj.gov>
**Subject:** RE: Drake Plastics, 4:25-cv-2570, Seeking consent to brief continuance of M for PI hearing

> CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Misha,

Thanks for your quick response. Would you consent to a 7-day continuance? I am booked on a 10:42 AM (Eastern) flight on September 26.

Best,
Moira

MOIRA E. GOODWIN
Trial Attorney, U.S. Department of Justice
Moira.E.Goodwin@usdoj.gov
(202) 718-7056

---

**From:** Tseytlin, Misha <Misha.Tseytlin@troutman.com>
**Sent:** Monday, August 18, 2025 12:57 PM
**To:** Goodwin, Moira E. (TAX) <Moira.E.Goodwin@usdoj.gov>; Dove, David B. <David.Dove@troutman.com>; Verducci, Chris <Chris.Verducci@troutman.com>; matthew@thequeenfirm.com
**Cc:** Domitz, Adam S (TAX) <Adam.S.Domitz@usdoj.gov>
**Subject:** [EXTERNAL] RE: Drake Plastics, 4:25-cv-2570, Seeking consent to brief continuance of M for PI hearing

Moria,

Sorry, this will not work for us. While I generally try to accommodate counsel's schedules, a training class (including one that appears to be the last day of two week training stint) is – with all respect – not a good basis to delay a PI argument scheduled by a court quickly do the urgency of the matter. Further, I have a very significant, complicated oral argument before the New York Court of Appeals on October 14, so pushing this argument date back closer to that date would be a significant burden.

Best,

**Misha Tseytlin**
**Partner**
**troutman pepper locke**
Direct: 312.759.5947 | Mobile: 608.999.1240
misha.tseytlin@troutman.com

---

**From:** Goodwin, Moira E. (TAX) <Moira.E.Goodwin@usdoj.gov>
**Sent:** Monday, August 18, 2025 9:16 AM
**To:** Tseytlin, Misha <Misha.Tseytlin@troutman.com>; Dove, David B. <David.Dove@troutman.com>; Verducci, Chris <Chris.Verducci@troutman.com>; matthew@thequeenfirm.com

**Cc:** Domitz, Adam S (TAX) <Adam.S.Domitz@usdoj.gov>
**Subject:** Drake Plastics, 4:25-cv-2570, Seeking consent to brief continuance of M for PI hearing

CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Misha,

The Court set a Zoom hearing on the motion for preliminary injunction for September 26 at 10AM. I will be at the NAC (the DOJ training center) from 9/16 to 9/26. Would you consent to push the hearing back 14 days to 10/10, the Court's schedule permitting?

Moira

MOIRA E. GOODWIN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
(202) 307-6514 (office)
(202) 718-7056 (cell)
(202) 514-6866 (fax)
Moira.E.Goodwin@usdoj.gov

NOTICE: This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information. If you received this message in error, please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail (and attachments) is strictly prohibited. E-mails may be monitored or scanned for security and compliance purposes. For more information, including privacy notices and policies, please visit www.troutman.com. If services are provided by Troutman Pepper Locke UK LLP, please see our London office page (www.troutman.com/offices/london.html) for regulatory information.