IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
Houston Division

| | | |
|---|---|---|
| DRAKE PLASTICS LTD. CO., *et al.*, | ) | |
| | ) | Case No. 4:25-cv-2570 |
| Plaintiffs, | ) | |
| | ) | Judge Lee H. Rosenthal |
| v. | ) | |
| | ) | |
| INTERNAL REVENUE SERVICE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**ORDER**

On August 14, 2025, the plaintiffs moved for a preliminary injunction. (Docket Entry No.

17). On review of that motion, the defendants' response thereto, and the hearing held on

_____, the Court holds that the plaintiffs' motion for preliminary

injunction is denied.

Signed on _____, 2025, at Houston, Texas.


_____
Hon. Lee H. Rosenthal
Senior United States District Judge

1