IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
Houston Division

| | |
|---|---|
| DRAKE PLASTICS LTD. CO., *et al.*, | ) |
| Plaintiffs, | ) Case No. 4:25-cv-2570 |
| | ) Judge Lee H. Rosenthal |
| v. | ) |
| INTERNAL REVENUE SERVICE, *et al.*, | ) |
| Defendants. | ) |

**NOTICE OF PRODUCTION OF CERTIFIED ADMINISTRATIVE RECORD**

Defendants give notice that the certified administrative record for use in the above-captioned case was produced to Plaintiffs on November 10, 2025. The record's certification and an index of its contents is attached. The full record will be filed by separate ECF entries.

The Court also requested a paper copy of the administrative record. Given the lapse in appropriated funding for the Department of Justice and the concomitant reduction in Department workforce, Defendants request an extension of time to produce a paper copy to the Court. The record is voluminous, and the undersigned requires the assistance of staff who are currently furloughed to produce and ship a paper copy. Defendants regret any disruption caused to the Court and propose to produce the requested paper copy as soon as possible after funding is restored to the Department.

[*Signature on following page*]

1

Dated: November 10, 2025

          /s/ Moira E. Goodwin
          MOIRA E. GOODWIN
          DC Bar No. 1780293
          S.D. Tex. No. 3924157
          ADAM S. DOMITZ
          NY Bar No. 6213896
          S.D. Tex. No. 3926145
          Trial Attorneys, Tax Division
          U.S. Department of Justice
          P.O. Box 227
          Washington, D.C. 20044
          202-718-7056 (phone)
          202-514-6866 (fax)
          moira.e.goodwin@usdoj.gov
          adam.s.domitz@usdoj.gov

          *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of November, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered to receive it.

          /s/ Moira E. Goodwin
          MOIRA E. GOODWIN
          Trial Attorney
          United States Department of Justice, Tax Division