| ADMINISTRATIVE RECORD MATERIALS | PAGES |
|---|---|

**I. Final Regulations**
  A. Treasury Decision ("TD") 10029 — 14118 - 14147
  B. Clearance Documents
    i. Green circulation sheet — 13840
    ii. Email to Deputy Chief Counsel ("DCC") circulating Pink clearance package — 13841
    iii. Executive summary of final regulations circulated on Pink — 13842 - 13844
    iv. Pink routing slip circulated on Pink — 13845
    v. Plain language summary circulated on Pink — 13846
    vi. Regulatory Flexibility Act checklist circulated on Pink — 13847 - 13848
    vii. 7-point memo — 13849 - 13851
    viii. Email from Treasury transmitting 7-point memo — 13852
    ix. Sign-off from Office of Chief Counsel on Pink clearance package — 13853 - 13856
    x. Sign-off from Commissioner's Office on Pink clearance package — 13857 - 13858
    xi. Sign-off from Office of Tax Policy on Pink clearance package — 13859 - 13860
    xii. Email to Treasury Inspector General for Tax Administration ("TIGTA") transmitting signed-off TD — 13861
    xiii. Letter requesting expedited handling of TD — 13862 - 13863
    xiv. Email from Commissioner's Office transmitting digitally signed TD — 13864
    xv. Digitally signed TD (by Douglas O'Donnell) — 13865 - 13988
    xvi. Digitally signed TD (by Aviva Aron-Dine) — 13989 - 14112
    xvii. Email from Treasury transmitting digitally signed TD — 14113
    xviii. Congressional Review Act ("CRA") submission email — 14114
    xix. Email to FRL transmitting Form 14712 — 14115
    xx. Form 14712 submitted to Internal Revenue Bulletin for TD — 14116
    xxi. CRA submission materials — 14117 - 14178
    xxii. Treasury Policy Memo — 14179
    xxiii. Email from Government Accountability Office acknowledging receipt of TD — 24079

**II. Proposed Regulations**
  A. Notice of Proposed Rulemaking ("NPRM") — 13820 - 13837
  B. Clearance Documents
    i. Green circulation sheet — 13715
    ii. Regulatory Information Service Center Regulatory Information Date Form — 13716 - 13717
    iii. Email from Treasury transmitting the 7-point memo — 13718 - 13719
    iv. 7-point memo attached to Treasury's email referenced above — 13720 - 13722
    v. Background Information Note — 13723 - 13725

1

| ADMINISTRATIVE RECORD MATERIALS | PAGES |
|---|---|

|  |  |
|---|---|
| vi. Executive summary of proposed regulations circulated on Pink | 13726 - 13727 |
| vii. Pink circulation routing slip | 13728 |
| viii. Regulatory Flexibility Act checklist circulated on Pink | 13729 - 13730 |
| ix. Email to DCC circulating Pink clearance package | 13731 |
| x. Plain language summary | 13732 |
| xi. Sign-off from Office of Chief Counsel on Pink clearance package | 13733 - 13743 |
| xii. Sign-off from Commissioner's Office on Pink clearance package | 13744 - 13745 |
| xiii. Sign-off from Office of Tax Policy on Pink clearance package | 13746 - 13747 |
| xiv. Office of Tax Policy approval memorandum | 13748 |
| xv. Final approved NPRM | 13749 - 13818 |
| xvi. Form 14712 submitted to Internal Revenue Bulletin for NPRM | 13819 |
| xvii. Treasury Policy Memos | 13838 - 13839 |
| xviii. Treasury Policy Memo, including NPRM cite | |

**III. Comments, Letters, and Hearing Materials**

    A. Comments and Requests to Testify Received from 04/11/2023 through 06/21/2023 — 4293 - 5013

    B. Public Hearing Materials

        i. Hearing agenda and briefing book — 5014 - 5152

        ii. Unofficial hearing transcript — 24080 - 24136

    C. Other Letter(s)

        i. Letter to IRS dated 08/13/2021 — 5164 - 5254

        ii. Letter to IRS dated 12/06/2023 — 14252 - 14253

**IV. United States Code and Regulations**

    A. United States Code

        i. Internal Revenue Code

            a. 26 U.S.C. 11 — 4169 - 4170

            b. 26 U.S.C. 162 — 4171 - 4188

            c. 26 U.S.C. 267 — 4189 - 4196

            d. 26 U.S.C. 707 — 4197 - 4199

            e. 26 U.S.C. 816 — 4200 - 4202

            f. 26 U.S.C. 831 — 4203 - 4207

            g. 26 U.S.C. 833 — 4208 - 4212

            h. 26 U.S.C. 834 — 4213 - 4216

            i. 26 U.S.C. 953 — 4217 - 4227

            j. 26 U.S.C. 1297 — 4228 - 4232

            k. 26 U.S.C. 1461 — 4233

            l. 26 U.S.C. 2701 — 4234 - 4242

            m. 26 U.S.C. 2704 — 4243 - 4245

| ADMINISTRATIVE RECORD MATERIALS | PAGES |
|---|---|
| n. 26 U.S.C. 6001 | 4246 |
| o. 26 U.S.C. 6011 | 4247 - 4250 |
| p. 26 U.S.C. 6111 | 4251 - 4252 |
| q. 26 U.S.C. 6112 | 4253 - 4254 |
| r. 26 U.S.C. 6501 | 4255 - 4263 |
| s. 26 U.S.C. 6662 | 4264 - 4271 |
| t. 26 U.S.C. 6662A | 4272 - 4274 |
| u. 26 U.S.C. 6707 | 4275 - 4276 |
| v. 26 U.S.C. 6707A | 4277 - 4279 |
| w. 26 U.S.C. 6708 | 4280 |
| x. 26 U.S.C. 7805 | 4281 - 4283 |
| ii. Other Federal Statutes | |
| a. 5 U.S.C. 551 | 4075 - 4079 |
| b. 5 U.S.C. 552 | 4080 - 4110 |
| c. 5 U.S.C. 553 | 4111 - 4112 |
| d. 5 U.S.C. 554 | 4113 - 4115 |
| e. 5 U.S.C. 555 | 4116 - 4117 |
| f. 5 U.S.C. 556 | 4118 - 4120 |
| g. 5 U.S.C. 557 | 4121 - 4123 |
| h. 5 U.S.C. 558 | 4124 |
| i. 5 U.S.C. 559 | 4125 |
| j. 5 U.S.C. 601 | 4126 - 4127 |
| k. 5 U.S.C. 602 | 4128 - 4129 |
| l. 5 U.S.C. 603 | 4130 - 4131 |
| m. 5 U.S.C. 604 | 4132 - 4133 |
| n. 5 U.S.C. 605 | 4134 |
| o. 5 U.S.C. 606 | 4135 |
| p. 5 U.S.C. 607 | 4136 |
| q. 5 U.S.C. 608 | 4137 |
| r. 5 U.S.C. 609 | 4138 - 4140 |
| s. 5 U.S.C. 610 | 4141 - 4142 |
| t. 5 U.S.C. 611 | 4143 - 4144 |
| u. 5 U.S.C. 612 | 4145 |
| v. 5 U.S.C. 706 | 4146 - 4147 |
| w. 5 U.S.C. 801 | 4148 - 4152 |
| x. 5 U.S.C. 802 | 4153 - 4155 |
| y. 5 U.S.C. 803 | 4156 |
| z. 5 U.S.C. 804 | 4157 - 4158 |
| aa. 5 U.S.C. 805 | 4159 |
| bb. 5 U.S.C. 806 | 4160 |
| cc. 5 U.S.C. 807 | 4161 |
| dd. 5 U.S.C. 808 | 4162 |
| ee. 15 U.S.C. 1011 | 4163 |
| ff. 15 U.S.C. 1012 | 4164 |
| gg. 15 U.S.C. 1013 | 4165 - 4166 |

| ADMINISTRATIVE RECORD MATERIALS | PAGES |
|---|---|

| | |
|---|---|
| hh. 15 U.S.C. 1014 | 4167 |
| ii. 15 U.S.C. 1015 | 4168 |
| jj. 42 U.S.C. 300gg-18 | 4284 - 4283 |
| kk. 44 U.S.C. 3507 | 4287 - 4292 |
| B. Regulations | |
| i. 5 C.F.R. 1320.3 | 943 - 948 |
| ii. 26 C.F.R. 1.162-1 | 949 - 950 |
| iii. 26 C.F.R. 1.6011-1 | 951 - 952 |
| iv. 26 C.F.R. 1.6011-4 | 953 - 962 |
| v. 26 C.F.R. 301.6011-1 | 963 - 965 |
| vi. 26 C.F.R. 301.6111-3 | 966 - 974 |
| vii. 26 C.F.R. 301.6112-1 | 975 - 981 |
| viii. 26 C.F.R. 301.6707-1 | 982 - 989 |
| ix. 26 C.F.R. 301.6707A-1 | 990 - 1002 |
| x. 26 C.F.R. 301.6708-1 | 1003 - 1015 |
| C. Other Regulatory Materials | |
| i. 87 Fed. Reg. 75185 (NPRM) | 9815 - 9826 |
| ii. 89 Fed. Reg. 81341 (Final Rule) | 9827 - 9844 |
| iii. 75 Fed. Reg. 55699 | 5153 - 5163 |
| iv. Treasury Decisions | 13148 - 13167 |
| | |
| **V. Legislative History** | |
| A. Section 501 (1954 Code) | 5349 - 5351 |
| B. Subchapter L (1954 Code) | 5582 - 5594 |
| C. Code Section 831 - BNA Legislative History - 1988 | 5626 - 5636 |
| D. Code Section 831 - BNA Legislative History - 2015 | 5637 - 5652 |
| E. Code section 831(b) - BNA Legislative History - 1986 | 5653 - 5669 |
| F. Code Section 831(b) - Legislative History for Public Law 108-218, 2004 | 5670 - 5693 |
| G. Code Section 831(b) - Legislative History for Public Law 115-97, 2017 | 5694 - 5707 |
| H. Code Section 831(b) - Legislative History for Public Law 115-141, 2018 | 5708 - 5730 |
| I. H.R. Rep. No. 69-1, at 9 | 3122 - 3179 |
| J. H.R. Rep. No. 99-426, at 678 | 3180 - 3181 |
| K. H.R. Rep. No. 100-795, at 121 | 3182 - 3183 |
| L. H.R. Rep. No. 108-548, at 261 | 3184 - 3593 |
| M. Joint Committee on Taxation ("JCT") Senate markup - original Protecting Americans from Tax Hikes ("PATH") Act proposal | 3594 - 3600 |
| N. JCT Summary PATH Act | 3601 - 3868 |
| O. S. Rep. No. 100-445, at 127 | 3869 - 3870 |
| P. Pub. Law No. 63-217 (Revenue Act of 1914) | 1089 - 1108 |
| Q. Pub. Law No. 99-514 (Tax Reform Act of 1986) | 1109 - 1987 |
| R. Pub. Law No. 108-357 (American Jobs Creation Act of 2004) | 1988 - 2231 |

| ADMINISTRATIVE RECORD MATERIALS | PAGES |
|---|---|

S.  Pub. Law No. 114-113 (PATH Act)    2232 - 3119
T.  S. 1346 (113th Cong. - Companion to PATH ACT 831(b) amendment)    3120 - 3121
U.  Section 1260 BlueBook tax legislation in 106th Congress    13432 - 13435
V.  Section 1260 House Conference Report 106-478    13436 - 13439
W.  Section 1260 Senate Report 106-201    13440 - 13443

**VI. Subregulatory Guidance**

A.  Notice 2002-70    3871 - 3873
B.  Notice 2004-65    3874 - 3875
C.  Notice 2005-49    3876 - 3877
D.  Notice 2007-83    3878 - 3883
E.  Notice 2016-66    3884 - 3890
F.  Notice 2017-08    3891 - 3892
G.  Notice 2017-10    3893 - 3895
H.  PLR 201419007    3907 - 3910
I.  Rev. Proc. 2005-26    3911 - 3915
J.  Rev. Proc. 2024-01    3916 - 4042
K.  Rev. Rul. 60-275    4043 - 4045
L.  Rev. Rul. 2001-31    4046 - 4048
M.  Rev. Rul. 2002-89    4049 - 4051
N.  Rev. Rul. 2002-90    4052 - 4054
O.  Rev. Rul. 2002-91    4055 - 4057
P.  Rev. Rul. 2005-40    4058 - 4061
Q.  Rev. Rul. 2007-47    4062 - 4066
R.  Rev. Rul. 2008-08    4067 - 4070
S.  Rev. Rul. 2009-26    4071 - 4074
T.  CCA 200628018    933 - 936
U.  CCA 202026002    937 - 942

**VII.    Other Materials Relied Upon**

A.  Executive Orders
  i.    Executive Order 12866 (Sept. 30, 1993)    1016 - 1025
  ii.   Executive Order 13132 (Aug. 4, 1999)    1026 - 1030
  iii.  MOA to Executive Order 12866 (June 9, 2023)    1031 - 1032
B.  Notice 2016-66 Administrative Record    9845 - 13101
C.  Responses to Notice 2005-49 Solicitation
  i.    State of Nebraska (L. Tim Wagner)    13102 - 13144
  ii.   Taxpayer (Kate Westover)    13145 - 13147
  iii.  Utah Captive - Notice 2005-49    13168 - 13396
  iv.   Vermont Captive Insurance (Molly Lambert)    13397 - 13418
  v.    Washington Advocate Group (Brenda VieheNasess)    13417 - 13431
D.  Case Law
  i.    Allied Fidelity Corp. v. Comm'r, 572 F.2d 1190 (7th Cir. 1977)    2 - 5

| ADMINISTRATIVE RECORD MATERIALS | PAGES |
|---|---|
| ii. AMERCO, Inc. v. Comm'r, 96 T.C. 18 (1991) | 6 - 23 |
| iii. AMERCO, Inc. v. Comm'r, 979 F.2d 162 (9th Cir. 1992) | 24 - 30 |
| iv. Avrahami v. Comm'r, 149 T.C. 144 (2017) | 31 - 67 |
| v. Ax v. Comm'r, 146 T.C. 3 (2016) | 68 - 81 |
| vi. Barnett Bank of Marion County N.A. v. Nelson, 517 U.S. 25 (1996) | 82 - 91 |
| vii. Black Hills Corp. v. Comm'r, 101 T.C. 173 (1993) | 92 - 100 |
| viii. Carnation Co. v. Comm'r, 71 T.C. 400 (1978) | 101 - 110 |
| ix. Caylor v. Comm'r, T.C. Memo. 2021-30 | 111 - 163 |
| x. Chapman Glen Ltd. v. Comm'r, 140 T.C. 294 (2013) | 164 - 200 |
| xi. CIC Services LLC v IRS, 539 U.S. 209 (2021) | 201 - 211 |
| xii. CIC Services LLC v. IRS, 2022 WL 2078036 (E.D. Tenn. June 2, 2022) | 212 - 220 |
| xiii. CIC Services LLC v. IRS, 592 F. Supp. 3d 677 (E.D. Tenn. 2022) | 221 - 224 |
| xiv. Clougherty Packing Co. v. Comm'r, 811 F.2d 1297 (9th Cir. 1987) | 225 - 237 |
| xv. Clougherty Packing Co. v. Comm'r, 84 T.C. 948 (1985) | 238 - 248 |
| xvi. Comm'r v. Treganowan, 183 F.2d 288 (2d Cir. 1950) | 249 - 254 |
| xvii. Green Rock, LLC v. IRS, 654 F.Supp.3d 1249 (N.D. Ala. 2023) | 255 - 260 |
| xviii. Green Valley Investors LLC v. Comm'r, 159 T.C. 80 (2022) | 261 - 289 |
| xix. Gulf Oil Corp. v. Comm'r, 89 T.C. 1010 (1987) | 290 - 314 |
| xx. Hanover Ins. Co. v. Comm'r, 65 T.C. 715 (1976) | 315 - 320 |
| xxi. Harper Grp. v. Comm'r, 96 T.C. 45 (1991) | 321 - 332 |
| xxii. Harper Grp. v. Comm'r, 979 F.2d 1341 (9th Cir. 1992) | 333 - 334 |
| xxiii. Helvering v. Le Gierse, 312 U.S. 531 (1941) | 335 - 339 |
| xxiv. Hospital Corp.of Am. v. Comm'r, T.C. Memo. 1997-482 | 340 - 373 |
| xxv. Humana, Inc. v. Comm'r, 525 U.S. 299 (1999) | 374 - 384 |
| xxvi. Humana, Inc. v. Comm'r, 881 F.2d 247 (6th Cir. 1989) | 385 - 395 |
| xxvii. Indust. Life Ins. Co. v. U.S., 344 F. Supp. 870 (D.S.C. 1972) | 396 - 404 |
| xxviii. Keating v. Comm'r, T.C. Memo. 2024-2 | 405 - 451 |
| xxix. Loper Bright Enterprises v. Raimondo, 603 U.S. 369 (2024) | 452 - 509 |
| xxx. Malone & Hyde, Inc. v. Comm'r, 62 F.3d 835 (6th Cir. 1995) | 510 - 518 |
| xxxi. Mann Construction Inc. v. U.S., 27 F.4th 1138 (6th Cir. 2022) | 519 - 526 |
| xxxii. Mann Construction Inc. v. U.S., 539 F.Supp.3d 745 (E.D. Mich. 2021) | 527 - 542 |
| xxxiii. Mann Construction v. U.S., 27 F.4th 1138 (6th Cir. 2022) | 543 - 550 |
| xxxiv. Modern Life & Acc. Ins. Co. v. Comm'r, 420 F.2d 36 (7th Cir. 1969) | 551 - 554 |

6

| ADMINISTRATIVE RECORD MATERIALS | PAGES |
|---|---|
| xxxv. Patel v. Comm'r, T.C. Memo. 2024-34 | 555 - 590 |
| xxxvi. R.V.I. Guar. Co. v. Comm'r, 145 T.C. 209 (2015) | 591 - 612 |
| xxxvii. Rent-A-Center Inc. v. Comm'r, 142 T.C. 1, 13 (2014) | 613 - 638 |
| xxxviii. Reserve Mech. Corp. v. Comm'r, 34 F.4th 881 (10th Cir. 2022) | 639 - 711 |
| xxxix. Reserve Mech. Corp. v. Comm'r, T.C. Memo. 2018-86 | 712 - 735 |
| xl. Royalty Mgmt. Ins. Co., Ltd. v. Comm'r, T.C. Memo. 2024-87 | 736 - 768 |
| xli. Sabo v. Metropolitan Life Ins. Co., 137 F.3d 185 (3d Cir. 1998) | 769 - 780 |
| xlii. Sears Roebuck & Co. v. Comm'r, 972 F.2d 858 (7th Cir. 1992) | 781 - 790 |
| xliii. SEC v. Nat'l Sec., Inc., 393 U.S. 453 (1969) | 791 - 799 |
| xliv. Securitas Holdings, Inc. v. Comm'r, T.C. Memo. 2014-225 | 800 - 811 |
| xlv. Skidmore v. Swift & Co., 323 U.S. 134 (1944) | 812 - 815 |
| xlvi. Spring Canyon Coal Co. v. Comm'r, 43 F.2d 78 (10th Cir. 1930) | 816 - 819 |
| xlvii. Stearns-Roger Corp. v. US, 774 F.2d 414 (10th Cir. 1985) | 820 - 822 |
| xlviii. Swift v. Comm'r T.C. Memo. 2024-13 | 823 - 854 |
| xlix. Syzygy v. Comm'r, T.C. Memo. 2019-34 | 855 - 875 |
| l. U.S. Dep't of Treas. v. Fabe, 508 U.S. 491 (1993) | 876 - 890 |
| li. U.S. v. Del. Dep't of Ins., 66 F.4th 114 (3d Cir. 2023) | 891 - 906 |
| lii. U.S. v. Redcorn, 528 F.3d 727 (10th Cir. 2008) | 907 - 923 |
| liii. UPS, Inc. v. Comm'r, 254 F.3d 1014 (11th Cir. 2001) | 924 - 929 |
| liv. Welch v. Helvering, 290 U.S. 111 (1933) | 930 - 932 |
| lv. Puglisi v. Comm'r, 2021 WL 7162530 (T.C. Oct. 29, 2021) | 3896 - 3906 |
| E. IRS Forms | |
| i. Form 1120-PC | 1033 - 1041 |
| ii. Instructions to Form 1120-PC | 1042 - 1069 |
| iii. Form 8886 | 1070 - 1071 |
| iv. Form 8918 | 1072 - 1075 |
| v. Instructions to Form 8886 | 1076 - 1082 |
| vi. Instructions to Form 8918 | 1083 - 1088 |
| F. Congressional Research Service Materials | |
| i. A brief intro to the National Flood Insurance Program | 5595 - 5597 |
| ii. Intro to Financial Services - Insurance | 5598 - 5600 |
| iii. Terrorism Risk Act | 5601 - 5603 |
| iv. Terrorism Risk Insurance | 5604 - 5625 |
| G. National Association of Insurance Commissioners ("NAIC") Materials | |
| i. 2013 NAIC Profitability by Line by State Report | 5731 - 6123 |
| ii. 2014 NAIC Profitability by Line by State Report | 6127 - 6520 |
| iii. 2015 NAIC Profitability by Line by State Report | 6521 - 6911 |
| iv. 2016 NAIC Profitability by Line by State Report | 6912 - 7303 |

| ADMINISTRATIVE RECORD MATERIALS | PAGES |
|---|---|
| v.  2017 NAIC Profitability by Line by State Report | 7304 - 7696 |
| vi.  2018 NAIC Profitability by Line by State Report | 7697 - 8090 |
| vii.  2019 NAIC Profitability by Line by State Report | 8091 - 8484 |
| viii.  2020 NAIC Profitability by Line by State Report | 8485 - 8864 |
| ix.  2021 NAIC Profitability by Line by State Report | 8865 - 9245 |
| x.  2022 NAIC Profitability by Line by State Report | 9246 - 9814 |
| H.  Other Statistical Materials, Articles, and Background Sources | |
| i.  50 State Survey - Captive Insurance Companies | 13444 - 13484 |
| ii.  2016 National survey of CPA earning metrics | 13485 - 13512 |
| iii.  2017 First Half Property & Casualty & Title Insurance Industries Analysis Report | 13513 - 13518 |
| iv.  2018 Annual Property & Casualty & Title Insurance Industries Analysis Report | 13519 - 13533 |
| v.  2018 National MAP Survey Executive Summary | 13534 - 13559 |
| vi.  2019 Annual Property & Casualty & Title Insurance Industries Analysis Report | 13560 - 13579 |
| vii.  2020 Annual Property & Casualty & Title Insurance Industries Analysis Report | 13580 - 13594 |
| viii.  2021 Annual Property and Casualty and Title Insurance Industry Report | 13595 - 13613 |
| ix.  2021 Industry Financial Snapshots for P&C | 13614 - 13618 |
| x.  2021 National survey of CPA earning metrics | 13619 - 13631 |
| xi.  2022 Annual Property & Casualty & Title Insurance Industries Analysis Report | 13632 - 13650 |
| xii.  2023 Annual Property & Casualty & Title Insurance Industries Analysis Report | 13651 - 13667 |
| xiii.  ACLI Payments from Policies | 13668 - 13683 |
| xiv.  Copy of SBA Table of Size Standards (Effective Aug 19, 2019) | 13684 - 13709 |
| xv.  Medical Loss Ratio Tip Sheet Final | 13710 - 13714 |
| xvi.  ABA Article "Observations on Captive Insurance Companies -10 Worst and 10 Best Things" | 5255 - 5268 |
| xvii.  How and Why to Setting Up Captive Insurance | 5269 - 5270 |
| xviii.  Issues Paper on Regulation and Supervision of Captive Insurance Companies (Oct. 2006) | 5271 - 5320 |
| xix.  NAIC Model Law 630 | 5321 - 5330 |
| xx.  NAIC Model Law 785 | 5331 - 5348 |
| xxi.  Shadow Insurance Report 2013 | 5352 - 5375 |
| xxii.  Special Purpose Vehicles 2013 | 5376 - 5429 |
| xxiii.  State Captive Laws | 5430 - 5581 |
| xxiv.  AM Best Captive Review Book 2021 | 14180 - 14251 |
| I.  Briefs and Expert Reports | |
| i.  Petitioner's opening brief as filed in TL-13705-16 | 14254 - 14391 |
| ii.  Petitioners' answering brief as filed in TL-286-21 | 14392 - 14510 |
| iii.  Respondent's opening brief as filed in TL-21206-10 | 14511 - 14607 |

| ADMINISTRATIVE RECORD MATERIALS | PAGES |
|---|---|
| iv. Respondent's Expert Report as filed in TL-10703-19 | 14608 - 14781 |
| v. Respondent's Expert Report as filed in TL-10703-19 | 14782 - 14844 |
| vi. Respondent's Expert Report as filed in TL-10703-19 | 14845 - 14861 |
| vii. Transcript of expert witness testimony in TL-10703-19 | 14862 - 15089 |
| viii. Petitioner's opening brief as filed in TL-3823-19 | 15090 - 15212 |
| ix. Petitioners' supplemental brief as filed in TL-24344-17 | 15213 - 15240 |
| x. Respondent's answering brief as filed in TL-17594-13 | 15241 - 15673 |
| xi. Respondent's answering briefs as filed in TL-17204-13 | 15674 - 16139 |
| xii. Respondent's answering brief as filed in TL-11369-16 | 16140 - 16517 |
| xiii. Respondent's opening brief as filed in TL-11369-16 | 16518 - 16945 |
| xiv. Respondent's Expert Report as filed in TL-13705-16 | 16946 - 17087 |
| xv. Government's appellee brief as filed in Case No. 18-9011 | 17088 - 17174 |
| xvi. Respondent's opening brief as filed in TL-17165-19 | 17175 - 17380 |
| xvii. Respondent's reply brief as filed in TL-17165-19 | 17381 - 17510 |
| xviii. Respondent's answering brief as filed in TL-286-21 | 17511 - 17714 |
| xix. Respondent's Expert Report as filed in TL-15066-18 | 17715 - 17846 |
| xx. Respondent's Expert Report as filed in TL-15066-18 | 17847 - 18064 |
| xxi. Respondent's Expert Report as filed in TL-15066-18 | 18065 - 18126 |
| xxii. Petitioners' opening brief as filed in TL-15066-18 | 18127 - 18441 |
| xxiii. Respondent's reply brief as filed in TL-15066-18 | 18442 - 18732 |
| xxiv. Petitioner's answering brief as filed in TL-15066-18 | 18733 - 18921 |
| xxv. Respondent's opening brief as filed in TL-15066-18 | 18922 - 19226 |
| xxvi. Respondent's pre-trial memorandum as filed in TL-22381-18 | 19227 - 19273 |
| xxvii. Respondent's answering brief as filed in TL-22381-18 | 19274 - 19331 |
| xxviii. Respondent's opening brief as filed in TL-22381-18 | 19332 - 19436 |
| xxix. Petitioners' opening brief as filed in TL-286-21 | 19437 - 19556 |
| xxx. Respondent's answering brief as filed in TL-24344-17 | 19557 - 20134 |
| xxxi. Respondent's pre-trial memorandum as filed in TL-24344-17 | 20135 - 20230 |
| xxxii. Respondent's supplemental brief as filed in TL-24344-17 | 20231 - 20256 |
| xxxiii. Petitioners' opening brief as filed in TL-24344-17 | 20257 - 20471 |
| xxxiv. Petitioners' reply brief as filed in TL-24344-17 | 20472 - 20776 |
| xxxv. Appellant's opening brief as filed in Case No. 18-9011 | 20777 - 20867 |
| xxxvi. Respondent's opening brief as filed in TL-3823-19 | 20868 - 21103 |
| xxxvii. Respondent's pre-trial memorandum as filed in TL-3823-19 | 21104 - 21179 |
| xxxviii. Respondent's reply brief as filed in TL-27319-12 | 21180 - 21279 |
| xxxix. Respondent's pre-trial memorandum as filed in TL-25669-16 | 21280 - 21328 |
| xl. Petitioner's Expert Report as filed in TL-13705-16 | 21329 - 21561 |
| xli. Petitioner's Expert Report as filed in TL-13705-16 | 21562 - 21677 |
| xlii. Respondent's answering brief as filed in TL-13705-16 | 21678 - 21869 |
| xliii. Respondent's Expert Report as filed in TL-13705-16 | 21870 - 22007 |

| ADMINISTRATIVE RECORD MATERIALS | PAGES |
|---|---|
| xliv. Respondent's Expert Report Addendum as filed in TL-13705-16 | 22008 - 22012 |
| xlv. Petitioner's Expert Report as filed in TL-13705-16 | 22013 - 22097 |
| xlvi. Respondent's Expert Report as filed in TL-13705-16 | 22098 - 22146 |
| xlvii. Respondent's opening brief as filed in TL-13705-16 | 22147 - 22932 |
| xlviii. Petitioners' answering brief as filed in TL-13705-16 | 22933 - 23136 |
| xlix. Respondent's pre-trial memorandum as filed in TL-13705-16 | 23137 - 23181 |
| l. Petitioner's opening brief as filed in TL-13705-16 | 23182 - 23319 |
| li. Respondent's Expert Report as filed in TL-13705-16 | 23320 - 24055 |
| lii. Respondent's Expert Report Rebuttal as filed in TL-13705-16 | 24056 - 24078 |