Case 4:25-cv-02570   Document 54   Filed on 11/17/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 17, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
Houston Division

DRAKE PLASTICS LTD. CO., *et al.*,

    Plaintiffs,

v.

INTERNAL REVENUE SERVICE, *et al.*,

    Defendants.

Case No. 4:25-cv-2570

Judge Lee H. Rosenthal

## ORDER

Defendants filed a Motion to Lift the Stay Defendants' Response to Plaintiffs' Complaint and Extend Deadline. (Docket Entry No. 53). It is ORDERED that:

1. Defendants' motion to lift stay is granted;

2. Defendant's deadline to respond to Plaintiffs' complaint is reinstated; and

3. Defendants' deadline to respond to Plaintiffs' complaint is extended to and including December 1, 2025.

Dated this _____ day of _____, 2025.

_____
HON. LEE H. ROSENTHAL
Senior United States District Judge

1