United States District Court
Southern District of Texas

**ENTERED**

April 15, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| DRAKE PLASTICS LTD. CO., *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | CIVIL ACTION NO. H-25-2570 |
| | § | |
| INTERNAL REVENUE SERVICE, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

For the reasons set out in this court's Memorandum and Opinion entered on April 15, 2026, the court declares unlawful 26 C.F.R. § 1.6011-10 and vacates it under 5 U.S.C. § 706(2).  The vacatur is stayed until May 1, 2026.  The case is remanded to the Department of the Treasury and the Internal Revenue Service for further agency action consistent with the Memorandum and Opinion.  This is a final judgment.

SIGNED on April 15, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge